NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2005-1414, -1420

YOON JA KIM,

Plaintiff-Appellant,

v.

CONAGRA FOODS, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of Illinois in case no. 01-CV-02467, Judge William T. Hart.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Counsel for Yoon Ja Kim moves for leave to withdraw as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Dean A. Pelletier, Esq.
      Yoon Ja Kim
      Robert A. Schroeder, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK